IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAPER ALLIED INDUSTRIAL CHEMICAL AND ENERGY WORKERS INTERNATIONAL UNION; PAPER ALLIED INDUSTRIAL CHEMICAL AND ENERGY WORKERS OF IDAHO LOCAL UNION NO. 8-652,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF ENERGY, a Government Agency; SPENCER ABRAHAM, Secretary of United States Department of Energy; ELIZABETH D. SELLERS, Manager United States Department of Energy Idaho Operations Office,<br><br>      Defendants. | Case No. CV-04-194-E-BLW<br><br>**JUDGMENT** |

In accordance with the Memorandum Decision filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the motion to affirm (Docket No. 115) is GRANTED and the decision of the Department of Labor Administrative Review Board dated November 30, 2005, in ARB Case No. 04-033 is hereby AFFIRMED in all respects.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion to dismiss (Docket No. 109) is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the motion for summary judgment (Docket No. 110) is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk is directed to close this case.

DATED: **August 30, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court